

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYREE N. PARKER,<br><br>Defendant. | Case: 4:23-cr-20511<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 09-06-2023<br>SEALED MATTER (tt)<br><br><br>Violation:<br><br>18 U.S.C. § 922(g)(1) |

FILED
SEP 06 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about May 21, 2021, in the Eastern District of Michigan, TYREE PARKER, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Sig Sauer, M18, 9mm, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction for the offense charged in Count One, Tyree Parker shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to, a Sig Sauer, M18, 9mm, semi-automatic pistol, serial number M18-073768, and 19 rounds of ammunition.

**THIS IS A TRUE BILL.**

Dated: Sept. 6, 2023

DAWN N. ISON
United States Attorney

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

s/ATHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

2

s/BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Blaine.longsworth@usdoj.gov
P55984

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov... | Case: 4:23-cr-20511<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 09-06-2023<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it acc...

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: BL  /s/ |

**Case Title:** USA v. TYREE N. PARKER

**County where offense occurred:** Genesee

**Offense Type:** Felony

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

September 6, 2023
Date

s/Blaine Longsworth

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.